UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| United States of America, | Case No. 19-cr-15 (JNE/TNL) |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Javier Francisco Nunez Moreno, | |
| Defendant. | |

---

Allen A. Slaughter, Jr., Assistant United States Attorney, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for the Government); and

Arthur R. Martinez, Law Offices of Arthur R. Martinez, PA, 250 2nd Avenue South, Suite 205, Minneapolis, MN 55401 (for Defendant).

---

This matter is before the Court, United States Magistrate Judge Tony N. Leung, on the following Motion:

1. The Government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2 (ECF No. 14).

The parties waived oral argument on this motion and submitted the matter on the papers.

Based upon the record and memoranda, **IT IS HEREBY ORDERED** as follows:

1. The Government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3, and 26.2 (ECF No. 14) is **GRANTED**. The motion seeks discovery available under Federal Rules of Criminal Procedure 12.1, 12.2, 12.3, 16(b), and 26.2. Defendant did not file a response to the Government's motion. No

later than 30 days before trial, the parties shall make their respective expert disclosures. The parties shall make their rebuttal expert disclosures no later than 10 days before trial.

2. All voir dire questions and jury instructions and trial related motions (including motions in limine) must be submitted to District Judge Joan N. Ericksen on or before **April 22, 2019.**

3. The case must commence trial on **April 29, 2019,** at **9:30 a.m.** before District Judge Joan N. Ericksen in Courtroom 12W, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

4. All prior consistent orders remain in full force and effect.

5. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like.

Date: March 14, 2019
　　　　　　　　　　　　　　　　　　　　*s/ Tony N. Leung*
　　　　　　　　　　　　　　　　　　　　Tony N. Leung
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　for the District of Minnesota

　　　　　　　　　　　　　　　　　　　　*United States v. Moreno*
　　　　　　　　　　　　　　　　　　　　Case No. 19-cr-15 (JNE/TNL)